UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2012 MAY -8 P 3:34

JON A. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 12-CR- 12-CR 95 |
| v. | |
| DANIEL LEE, | 18 U.S.C. §§ 2, 924(c), 922(g)(1), 1951(a) and 21 U.S.C. §§ 841(a)(1), and (b)(1)(C) |
| Defendant. | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about March 15, 2012, in the State and Eastern District of Wisconsin,

**DANIEL LEE**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, in that he did unlawfully take and obtain cash and controlled substances from the person of and in the presence of an owner, employee, and possessor of property belonging to Swan Serv U Pharmacy located at 9130 W. North Avenue, Wauwatosa, Wisconsin, against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

THE GRAND JURY CHARGES:

On or about March 17, 2012, in the State and Eastern District of Wisconsin,

**DANIEL LEE**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, in that he did unlawfully take and obtain cash and controlled substances from the person of and in the presence of an owner, employee, and possessor of property belonging to Aurora Pharmacy located at 8428 W. Silver Spring Drive, Milwaukee, Wisconsin, against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 17, 2012, in the State and Eastern District of Wisconsin,

**DANIEL LEE**

unlawfully and knowingly used and carried a firearm during and in relation to, and possessed the firearm in furtherance of the crime of violence charged in Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

3

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about March 31, 2012, in the State and Eastern District of Wisconsin,

**DANIEL LEE**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce, by robbery, in that he did unlawfully take and obtain cash and controlled substances from the person of and in the presence of an owner, employee, and possessor of property belonging to Wilkes Village Pharmacy located at 9000 W. Burleigh Street, Milwaukee, Wisconsin, against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

4

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 31, 2012, in the State and Eastern District of Wisconsin,

### DANIEL LEE

unlawfully and knowingly used and carried a firearm during and in relation to, and possessed the firearm in furtherance of the crime of violence charged in Count Four of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

5

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about March 31, 2012, in the State and Eastern District of Wisconsin,

**DANIEL LEE**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms that had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more particularly described as a chrome Sturm, Ruger & Co. .44 Magnum revolver bearing serial number 5526248, and a chrome Davis Industries .380 semiautomatic pistol bearing serial number AP114305.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

1. On March 31, 2012, in the State and Eastern District of Wisconsin,

**DANIEL LEE**

knowingly and intentionally possessed with the intent to distribute Schedule II controlled substances, including Oxycodone and Morphine, in the form of prescription medications.

2. The offense occurred at 5147 N. 31st Street, Milwaukee, Wisconsin.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

FOREPERSON

Date: 5-8-2012

JAMES L. SANTELLE
United States Attorney